

# Fourth Court of Appeals
## San Antonio, Texas

May 25, 2016

No. 04-15-00751-CV

**IN THE INTEREST OF J.J.F.R., JR. AND G.L.R., CHILDREN**,

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-01451
Honorable Janet P. Littlejohn, Judge Presiding

# O R D E R

The Texas Rules of Appellate Procedure set forth the pleadings and other documents that "must" be included in the clerk's record, absent an agreement by the parties. *See* TEX. R. APP. P. 34.2, 34.5. Among those pleadings are the court's findings of fact and conclusions of law when, as here, trial was to the bench. *Id.* 34.5(a)(4). A party is not required to request the documents set forth in Rule 34.5. Nevertheless, in this case, appellant filed a Request For Preparation of Clerk's Record that included a request for "Findings of Fact (10/5/2015)." The clerk's record filed on December 31, 2015 does not comply with Rule 34.5 because it does not contain the trial court's findings of fact and conclusions of law.

On May 24, 2016, this court contacted the Bexar County civil appeals clerk and asked that a supplemental clerk's record be filed containing the trial court's findings of fact and conclusions of law. Ms. Consuelo E. Gomez responded to our request by stating she required a letter requesting the supplemental clerk's record.

The Bexar County District Clerk is hereby ORDERED to electronically file a supplemental clerk's record that contains all documents and pleadings required by Rule 34.5, including the trial court's findings of fact and conclusions of law no later than May 31, 2016.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of May, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court